D/F

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 8 - 2008 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SCOTT ERATH, et al.,

              **Plaintiffs,**

-against-

ACADEMIC STONE SETTERS, INC.,

              **Defendant.**
-------------------------------------------------------- x

**ORDER**
07-CV-4229 (NG) (RER)

GERSHON, United States District Judge:

No objections having been filed, the unopposed Report and Recommendation of Judge Ramon E. Reyes is hereby adopted in its entirety. The Clerk of Court is directed to enter a judgment in favor of the plaintiffs in the amount of $66,586.70, comprised of $44,073.52 in unpaid contributions, $9,774.48 in interest, $8,814.70 in liquidated damages, $3,506.50 in attorneys' fees, and $417.50 in costs. The Clerk of Court is also directed to close this case.

SO ORDERED.

s/NG

_____
**NINA GERSHON**
**United States District Judge**

Dated: September 5, 2008
       Brooklyn, New York